**DISMISS and Opinion Filed January 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01071-CV

## IN THE INTEREST OF C.R.M.W. AND B.C.C.W., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54312-2016**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's January 20, 2022 notice of nonsuit, which we construe as appellant's motion to dismiss this appeal. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211071F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.R.M.W. AND B.C.C.W., CHILDREN

No. 05-21-01071-CV

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-54312-2016.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered January 27, 2022